**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

      V.            **CASE NO. 4:01cr60**

**VEVERLY MICHELLE MCMILLIAN**

### ORDER MODIFYING CONDITIONS OF PROBATION

On May 16, 2005, this matter was heard before the Court in a violation hearing based on a petition alleging the defendant violated conditions of her probation by associating with a convicted felon without the permission of her probation officer, by failing to follow the instructions of the probation officer, and by failing to submit a truthful and complete written monthly report. The defendant admitted to the violations and was found, by the Court, to be in violation of her probation.

Accordingly, it is **ORDERED**:

1. The defendant shall perform 20 hours of community service at the direction of the U.S. Probation Officer.

2. In addition, the previous restriction on the defendant's association with Mozella Gainous, Jr., is lifted and the defendant and Mr. Gainous may now associate with each other.

3. All other terms and conditions of probation as imposed on February 11, 2002, shall remain in effect.

**DONE AND ORDERED** this 24th day of May 2005, nunc pro tunc May 16, 2005.

            *s/ Stephan P. Mickle*
            Stephan P. Mickle
            United States District Judge